SHERWOOD STERLING, Respondent, *v.* THE METROPOLITAN LIFE INSURANCE COMPANY, Appellant
SAME, Respondent, *v.* SAME, Appellant.

(Argued March 1, 1887, decided March 8, 1887 )

*William H. Arnoux* for appellant.

*John A. Straley* for respondent,

Agree to dismiss appeals; no opinion
All concur.
Appeals dismissed.

---

EDWARD BURKE et al, Respondents, *v.* PHILIP HONE, Appellant,

(Argued March 1, 1887, decided March 8, 1887 )

*G P. Lowrey* for appellant.

*Wm. Hildreth Field* for respondents.

Agree to affirm , no opinion.
All concur
Order affirmed.

---

In the Matter of the Accounting of JOHN C. CONNOR, as Assignee of JOHN F SMYTH.

(Argued March 1, 1887, decided March 8, 1887 )

*Matthew Hale* for appellant.

*Hamilton Harris* for respondent.

Agree to affirm , no opinion.
All concur
Order affirmed.